# UNITED STATES DISTRICT COURT

Eastern    District of    Massachusetts

Norma Veras

V.

Supportive Care, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

5-10199-JLT

TO: (Name and address of Defendant)    Supportive Care, Inc.
15 Union Street, Suite 410
Lawrence, MA 01840
Attn: Jacquline Harris

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Belfort
Corrigan, Bennett & Belfort, PC
One Kendall Square
Bldg. 300, 2nd Fl
Cambridge, MA 02139

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 14 2005

DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

February 23, 2005

I hereby certify and return that on 2/22/2005 at 2:51PM I served a true and attested copy of the summons, complaint, cival action cover sheet category in this action in the following manner: To wit, by delivering in hand to Theresa Cox, D.V. Advocate, agent, person in charge at the time of service for SUPPORTIVE CARE, INC., 15 UNION Street SUITE 410 Lawrence MA 01840.
Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

Deputy Sheriff Trevor Fraser                              _____
                                                          Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.