IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 05-10199 JLT

NORMA VERAS,
    Plaintiff

v.

SUPPORTIVE CARE, INC.,
    Defendant

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Supportive Care, Inc., in the above-entitled action.

Respectfully submitted,

_____
Keith B. Hughes, BBO No. 243735
Schultz & Hughes Law Offices
261 Common Street
Lawrence, MA 01840
(978) 686-4884

Dated: March 9, 2005