UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NORMA VERAS,**<br>**Plaintiff**<br><br>v.<br><br>**SUPPORTIVE CARE, INC.,**<br>**Defendant.** | )<br>)<br>)<br>)  CIVIL ACTION NO. 05-10199-JLT<br>)<br>)<br>)<br>) |

## PLAINTIFFS CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to L.R. Mass. 16.1(d)(3) Plaintiff, Norma Veras, and her attorney, listed below, certifies that Plaintiff and counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

Dated: April 18, 2005

_____
Norma Veras, Plaintiff

Dated: April 18, 2005

_____
David E. Belfort
BBO# 634385
Corrigan, Bennett & Belfort, P.C.
One Kendall Square
Bldg. 300, 2nd Floor
Cambridge, MA 02139
Tel.: (617) 577-8800