UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
5-11-05
z. l.

---

NORMA VERAS,

V.

CIVIL ACTION NO. 05-10199-JLT

SUPPORTIVE CARE, INC.,

---

### DEFENDANT'S CERTIFICATION

Defendant counsel, Keith B. Hughes, and Delania McCarter, authorized representative for Supportive Care, Inc. affirm that Supportive Care, Inc., through its representatives and Attorney Keith B. Hughes, have conferred relative to this civil action, including format of the scheduling conference and a review of the Plaintiff's written settlement proposal.

So certified.                                           So certified.

_____  5/8/05  _____
Delania McCarter                                        Keith B. Hughes, BBO # 243735
Supportive Care, Inc.                                   Schultz & Hughes Law Offices
15 Union Street, Suite 410                              261 Common Street
Lawrence, MA  01840                                     Lawrence, MA  01840
(978) 686-1300                                          (978) 686-4884