UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMA VERAS,                              *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *     Civil Action No. 05-10199-JLT
                                          *
                                          *
SUPPORTIVE CARE, INC.,                    *
                                          *
        Defendant.                        *

ORDER

May 11, 2005

TAURO, J.

   After the Scheduling Conference held on May 11, 2005, this court hereby orders that:

   1.   Plaintiff may depose Delania McCarter, Sharon Beasley, and Jacqueline Harris;

   2.   Defendant may depose: (1) Jane Doe, a registered nurse at Caritas Holy Family

        Hospital, (2) Niuston Marnolejos, (3) Pedro Guzman, (4) Plaintiff, and

        (5) Plaintiff's therapist;

   3.   All discovery shall be completed by August 31, 2005;

   4.   No additional discovery will be permitted without leave of this court; and

   5.   A Further Conference is scheduled for September 6, 2005 at 10:30 a.m.

   IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                 United States District Judge