UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORMA VERAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10199-JLT |
| | * | |
| | * | |
| SUPPORTIVE CARE, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

September 7, 2005

TAURO, J.

    After the Further Conference held on September 6, 2005, this court hereby orders that:

1.    The Parties are to appear for Trial on November 28, 2005 at 10:00 a.m.

    IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge