UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NORMA VERAS,**<br>    **Plaintiff**<br><br>v.<br><br>**SUPPORTIVE CARE, INC.,**<br>    **Defendant.** | )<br>)<br>)   CIVIL ACTION NO. 05-10199-JLT<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

I, Michael L. Mason, hereby enter my appearance on behalf of the above listed Plaintiff, Norma Veras.

                                    Respectfully Submitted
                                    Norma Veras
                                    By her attorney,

Dated: October 10, 2005

                                    */s/ Michael L. Mason*
                                    Michael L. Mason
                                    BBO # 662244
                                    Corrigan, Bennett & Belfort, P.C.
                                    One Kendall Square
                                    Building 300, 2nd Floor
                                    Cambridge, MA  02319
                                    (617) 577-8800