UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*NORMA VERAS*
_____
Plaintiff(s)

V.

*SUPPORTIVE CARE, INC.*
_____
Defendant(s)

CIVIL ACTION

NO. _CA 05 - 10199_

ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ _____ for the following ADR program:

| | | |
|---|---|---|
| _____ EARLY NEUTRAL EVALUATION | ✓ MEDIATION | |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL | |
| _____ SETTLEMENT CONFERENCE | _____ SPECIAL MASTER | |
| _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.    If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_____10/14/05_____
DATE

_____
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | | |
|---|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ | |
| Civil Rights | _____ | Contract | _____ | |
| Copyright/Trademark/Patent | _____ | Environmental | _____ | |
| ERISA | _____ | FELA | _____ | |
| Labor Relations | _____ | Medical Malpractice | _____ | |
| Personal Injury | _____ | Product Liability | _____ | |
| Shareholder Dispute | _____ | | | |
| Other | _____ | | | |

(adrrefl.ord - 4/29/94)

[orefadr.]