

**CORRIGAN,
BENNETT,
& BELFORT, PC**

Corrigan, Bennett & Belfort, PC
One Kendall Square, Building 300 - 2nd floor, Cambridge, MA 02139
Tel: (617)577-8800  Fax: (617)577-8811  www.corbenbel.com

Wilmington Office: 404 Main Street, Suite One, Wilmington, MA 01887
Tel: (978)988-1544  Fax: (978)988-1545

Brian T. Corrigan
Todd J. Bennett*
David E. Belfort**

*Also admitted in Florida
**Also admitted in D.C.

October 13, 2005

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210
**Attn: Zita Lovett, Case Manager**

In Re:  Norma Veras v. Supportive Care, Inc.
　　　　Docket No. 05-10199-JLT

Dear Ms. Lovett:

The parties in the above-referenced action have agreed to engage in court-sponsored mediation, and respectfully request that Judge Tauro issue an Order of Reference appointing a neutral mediator.

In accordance with Judge Tauro's instruction, any mediation must be completed by the scheduled trial date of November 28, 2005. As such, time is of the essence.

Both parties sincerely appreciate your assistance in this matter. Should you have any further questions or concerns, please do not hesitate to contact me.

Yours truly,

*Michael L. Mason*

Michael L. Mason
cc.　Keith B. Hughes, Esq.
\\sarah\documents\home corbenbel\dave\clients\veras, norma\court ltr (mediation).doc