UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMA VERAS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUPPORTIVE CARE, INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 05-10199-JLT |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE TAURO

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On _November 14, 2005_, I held the following ADR proceeding:

_____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION

__X__ MEDIATION _____ SUMMARY BENCH/JURY TRIAL

_____ MINI-TRIAL _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled. Your clerk should enter a **60-day** order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                        / s / Judith Gail Dein
                                        Judith Gail Dein, U.S. Magistrate Judge
DATED: November 14, 2005        ADR Provider