UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NORMA VERAS,**<br>     **Plaintiff** <br><br>**v.**<br><br>**SUPPORTIVE CARE, INC.,**<br>     **Defendant.** | )<br>)<br>)         **CIVIL ACTION NO. 05-10199-JLT**<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

NOW come all interested parties to the above-captioned litigation, by and through their respective attorneys, and pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii) hereby stipulate and agree to the dismissal of this action, including any and all claims, counterclaims, trustee process claims, reach and apply claims, third-party claims and cross-claims, <u>with prejudice</u> and without costs or attorney's fees.

*Page 1 of 2*
*Stipulation of Dismissal*
*Veras v. Supportive Care, Inc..*
*Docket No. 05-10199-JLT*

|  |  |
|---|---|
|  | Respectfully Submitted,<br>**Plaintiff,**<br>**NORMA VERAS,**<br>By her attorneys, |
| Dated: January 6, 2006 | _/s/ Michael L. Mason_<br>David E. Belfort<br>BBO# 634385<br>Michael L. Mason<br>BBO#662244<br>*Corrigan, Bennett & Belfort, P.C.*<br>One Kendall Square<br>Building 300, 2nd Floor<br>Cambridge, MA 02139<br>Tel: (617) 577-8800 |
|  | Respectfully Submitted,<br>**Defendant,**<br>**SUPPORTIVE CARE, INC.**<br>By its attorney, |
| Dated: January 6, 2006 | _/s/ Keith B. Hughes_<br>Keith B. Hughes<br>BBO# 243735<br>Schultz & Hughes<br>261 Common St.<br>Lawrence, MA 01840<br>(978) 686-4884 |

\\sarah\documents\home corbenbel\dave\clients\veras, norma\settlement\stipulation of dismissal.doc