UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMA VERAS,<br>    Plaintiff<br><br>v.<br><br>SUPPORTIVE CARE, INC.,<br>    Defendant. | )<br>)<br>)   CIVIL ACTION NO. 05-10199-JLT<br>)<br>)<br>)<br>)<br>) |

COUNSEL'S NOTICE OF CHANGE OF ADDRESS

NOW COME David E. Belfort and Michael L. Mason, counsel to the above named Elaine Buchanan, and hereby request that the Honorable Court modify its records to reflect that, effective **January 9, 2006** their office address and law firm, Corrigan, Bennett & Belfort, PC will move to the following new address:

*Corrigan, Bennett and Belfort, P.C.,*
24 Thorndike Street
Suite 300
Cambridge MA 02141

Our telephone number, fax number and e-mail address will all remain the same:

*Telephone* (617) 577 - 8800
*Facsimile* (617) 577 - 8800
*David Belfort's Electronic mail:* Dbelfort@corbenbel.com
*Michael Mason's Electronic mail:* Mmason@corbenbel.com

It is requested that the Court, and all parties of interest in the above litigation, update their records accordingly.

DATED: January 5, 2005

Respectfully submitted,
Counsel to the Plaintiff,
Norma Veras

_____
David E. Belfort BBO #634385
Michael L. Mason, BBO #662244
Corrigan, Bennett and Belfort, P.C.,
24 Thorndike Street
Suite 300
Cambridge MA 02141
Tel: (617) 577 – 8800

## CERTIFICATE OF SERVICE

I, David E. Belfort, Counsel for the Plaintiff in the above matter, do herewith certify that we, on **January 5, 2006** sent by first class mail, postage pre-paid, a true copy of the above COUNSEL'S NOTICE OF CHANGE OF ADDRESS to the counsel for Defendant at the following address:

Keith B. Hughes, Esq.
Schultz & Hughes
261 Common Street
Lawrence, MA 01840

_____
David E. Belfort